IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>MATTHEW GRAVES,<br>    Defendant. | No. CR12-00885 CRB<br>**ORDER DIRECTING RESPONSE** |

The Court has received a letter from Defendant Matthew Graves, which alleges that the government threatened to "throw the book at" Defendant if he filed a declaration about the role of medical marijuana in this case. That letter is attached. The government is hereby directed to respond to Defendant's letter, in ten pages or less, by 12:00 PM on Tuesday, February 10, 2015.

**IT IS SO ORDERED.**

Dated: February 9, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE